# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2019

159037 & (17)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HEATHER SAMMUT, Personal Representative
of the Estate of JOSEPH SAMMUT,
   Plaintiff-Appellee,

v

SANJAY BATRA, MD, SANJAY
BATRA, MD, PC, JAMES R. MARTIN, MD,
and JAMES R. MARTIN, MD, PC,
   Defendants-Appellants,

and

ST. JOHN MACOMB-OAKLAND HOSPITAL,
MACOMB CENTER, a/k/a ST. JOHN
PROVIDENCE HEALTH SYSTEM,
VAMSHIDAR GUDUGUNTLA, MD,
KISHAN JASTI, MD, EASTSIDE
CARDIOVASCULAR MEDICINE, PC, GINA
COLONTINO, DO, ADVANCED
CARDIOVASCULAR ASSOCIATES, PLC,
MARK BOIK, RRT, CHERYL ANN KLASSA,
RNP, MAHMOUD AL-HADIDI, MD and
MAHMOUD AL-HADIDI, MD, PC,
   Defendants.

SC:  159037
COA:  345254
Macomb CC:  2016-001969-NH

_____/

   On order of the Court, the motion for immediate consideration is GRANTED.  The application for leave to appeal the January 23, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

p0212

February 13, 2019



Clerk